**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHRISTOPHER BIMBO, | Case No.: **2:21-CV-00381-JAM-CKD** |
| Plaintiff, | |
| vs. | **ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS** |
| WELLS FARGO BANK N.A.; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | Complaint served: March 11, 2021<br>Current Response date: April 1, 2021<br>New Response Date: May 3, 2021 |

The parties having stipulated to extend the time for Equifax Information Services, LLC to respond to the complaint herein to allow the parties to explore settlement, and the proposed extension not affecting any dates scheduled in this matter, and good cause appearing therefor,

- 1 –

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

**IT IS HEREBY ORDERED THAT** the parties' request to extend the time for Equifax Information Services, LLC to respond to the complaint herein is granted. Equifax Information Services, LLC shall file its responsive pleading herein on or before May 3, 2021.

DATED: March 31, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**