Garrett Charity (State Bar No. 285447)
Garrett.Charity@Mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251
602-456-8900 Telephone
602-218-4447 Fax
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BIMBO,<br><br>　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., AND EQUIFAX INFORMATION SERVICES, LLC<br><br>　　Defendants. | Case No. 2:21-cv-00381-JAM-CKD<br><br>**ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT DISMISSAL** |

This court, having reviewed Plaintiff's motion for additional time to dismiss, hereby GRANTS the motion. Plaintiff will have up to and including August 10, 2021 to submit dismissal paperwork as to Defendant Wells Fargo Bank, N.A.

DATED: June 24, 2021　　　/s/ John A. Mendez
　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　JUDGE

1